**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 27, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00704-CV

**SANDEEP PATEL AND AMAN JAFAR, Appellants**

**V.**

**ZAKI MOIN, M.D., Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-44121**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed July 25, 2017. On September 21, 2018, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison